[ORAL ARGUMENT NOT YET SCHEDULED]

No. 22-5281

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

AMERICAN OVERSIGHT,

*Plaintiff-Appellant,*

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and OFFICE OF MANAGEMENT AND BUDGET,

*Defendants-Appellees.*

COMMITTEE ON WAYS AND MEANS OF THE U.S. HOUSE OF REPRESENTATIVES,

*Intervenor-Defendant-Appellee.*

———————————

On Appeal from the United States District Court
for the District of Columbia, No. 17-cv-0827-EGS
Before the Honorable Emmet G. Sullivan

———————————

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to section IV(D)(2) of the Handbook of Practice and Internal Procedures for the U.S. Court of Appeals for the District of Columbia Circuit, I, Douglas N. Letter, currently listed as counsel for Intervenor-Defendant-Appellee the Committee on Ways and Means of

the U.S. House of Representatives in the above-captioned case, move to withdraw as counsel. I am leaving my position in the Office of General Counsel. Please remove my name from the case docket and the Electronic Filing system.

    The Committee on Ways and Means of the U.S. House of Representatives will not participate in this appeal.

                              Respectfully submitted,

                              */s/ Douglas N. Letter*
                              Douglas N. Letter (D.C. Bar No. 253492)
                                 *General Counsel*

                              Office of General Counsel
                              U.S. House of Representatives
                              5140 O'Neill House Office Building
                              Washington, D.C. 20515
                              Telephone: (202) 225-9700
January 5, 2023             Douglas.Letter@mail.house.gov

## CERTIFICATE OF SERVICE

I certify that on January 5, 2023, I filed the foregoing Motion via the CM/ECF system of the United States Court of Appeals for the District of Columbia Circuit, which I understand caused service on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter