# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 22-5281**                  **September Term, 2022**

**1:17-cv-00827-EGS**

**Filed On: January 19, 2023**

American Oversight,

      Appellant

  v.

United States Department of Health and
Human Services, et al.,

      Appellees

## O R D E R

Upon consideration of the motion to withdraw as counsel for intervenor for defendant-appellee, it is

**ORDERED** that the motion be granted. The Clerk is directed to note the docket accordingly.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                                BY:    /s/
                                              Laura M. Morgan
                                              Deputy Clerk